✎AO 245H  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
         Sheet 1    Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 18, 2020**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA
v.
CLAUDIO MALDONADO-PINEDA,

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No.  2-19-CR-0190-TOR-1
USM No.  21672085

Molly M Winston
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  1 of the Information Superseding Indictment

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Unlawful Entry Into the United States | 10/25/2016 | 1s |
|  |  |  |  |

☑ Count(s)  1 of the Indictment   ☑ is   ☐ are dismissed on the motion of the United States.

**IMPRISONMENT**
Defendant is hereby committed to the custody of the U.S.B.P. to be imprisoned for a total term of: time served (19 days).

**CRIMINAL MONETARY PENALTIES**
All criminal monetary penalty payments are due immediately, payable to the Clerk of Court.

|  | **Assessment/Processing Fee** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:  1996

City and State of Defendant's Residence:
Othello, Washington

06/18/2020
Date of Imposition of Judgment

*Thomas O. Rice* (signature)
Signature of Judge

Hon. Thomas O. Rice     Chief Judge, U.S. District Court
Name and Title of Judge

06/18/2020
Date